UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SYSCO CORPORATION,<br><br>Petitioner,<br><br>v.<br><br>GLAZ LLC, POSEN INVESTMENTS LP, and KENOSHA INVESTMENTS LP,<br><br>Respondents. | CASE NUMBER:<br><br>JUDGE:<br><br>MAGISTRATE JUDGE: |

**DECLARATION OF PATRICK C. SWIBER IN SUPPORT OF
PETITION TO VACATE ARBITRATION AWARD**

Pursuant to 28 U.S.C. § 1746, I, Patrick C. Swiber, hereby declare as follows:

1. I am an attorney with the law firm Cleary Gottlieb Steen & Hamilton LLP, counsel to Sysco Corporation in the above-captioned action. I respectfully submit this declaration in support of Sysco's Petition to Vacate Arbitration Award ("Petition").[1]

2. Attached hereto as Exhibit A is a true and correct copy of the December 22, 2020 Second Amended and Restated Capital Provision Agreement ("CPA").

3. Attached hereto as Exhibit B is a true and correct copy of the March 31, 2022 Amendment No. 1 to Second Amended and Restated Capital Provision Agreement ("Amendment").

4. Attached hereto as Exhibit C is a true and correct copy of the September 9, 2022 Request for Arbitration filed by Glaz LLC, Posen Investments LP, and Kenosha Investments, LP.

5. Attached hereto as Exhibit D is a true and correct copy of a January 4, 2023 letter from Jeffrey Rosenthal to Liz Snodgrass.

---

[1] Capitalized terms not defined here have the meanings given to them in the Petition.

6. Attached hereto as Exhibit E is a true and correct copy of a January 11, 2023 letter from Jeffrey Rosenthal to Liz Snodgrass and Derek Ho.

7. Attached hereto as Exhibit F is a true and correct copy of a February 5, 2023 letter from Liz Snodgrass to the Tribunal.

8. Attached hereto as Exhibit G is a true and correct copy of a February 14, 2023 letter from Lina Bensman to Liz Snodgrass and Derek Ho.

9. Attached hereto as Exhibit H is a true and correct copy of a September 9, 2019 email from Scott Gant of Boies Schiller Flexner LLP to Barrett Flynn.

10. Attached hereto as Exhibit I is a true and correct copy of a September 2, 2022 email from Jonathan Molot to Kelly Daley, Christopher Bogart, and Elizabeth O'Connell.

11. Attached hereto as Exhibit J is a true and correct copy of a September 2, 2022 email from Jonathan Molot to Kelly Daley and Christopher Bogart.

12. Attached hereto as Exhibit K is a true and correct copy of a December 12-13, 2022 email chain between the Tribunal and counsel for Sysco and Burford.

13. Attached hereto as Exhibit L is a true and correct copy of a December 12, 2022 letter from Jeffrey Rosenthal and Lina Bensman to the Tribunal.

14. Attached hereto as Exhibit M is a true and correct copy of a December 13, 2022 email from the Tribunal to counsel for Sysco and Burford.

15. Attached hereto as Exhibit N is a true and correct copy of the December 14, 2022 TRO Award entered by the Tribunal in the Arbitration, along with related email correspondence.

16. Attached hereto as Exhibit O is a true and correct copy of a December 21, 2022 email from the Tribunal to counsel for Sysco and Burford.

17. Attached hereto as Exhibit P is a true and correct copy of the October 3, 2022 ILFA Letter to Advisory Committee on Civil Rules Committee on Rules of Practice and Procedure of the Judicial Conference of the United States ("ILFA Letter to Judicial Conference of the United States").

18. Attached hereto as Exhibit Q is a true and correct copy of *In re Nat'l Prescription Opiate Litig.*, Case No. 1:17-MD-2804, 2018 WL 2127807 (N.D. Ohio May 7, 2018).

19. Attached hereto as Exhibit R is a true and correct copy of a May 7, 2018 Burford Press Release.

20. Attached hereto as Exhibit S is a true and correct copy of the February 20, 2019 Letter from Therium Capital Management, Bentham IMF, and Burford Capital to Rebecca A. Womeldorf, Secretary of the Secretary of the Committee on Rules of Practice and Procedure, Administrative Office of the United States Courts ("Funders' Letter").

I declare under penalty of perjury that the foregoing is true and correct.
Executed in New York, New York on March 8, 2023

*/s/ Patrick C. Swiber*
Patrick C. Swiber