UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SYSCO CORPORATON

CASE NO. : 23-CV-01451

**vs**          **Petitioner**

GLAZ LLC, POSEN INVESTMENTS LP, KENOSHA INVESTMENTS LP

**Respondents**

## AFFIDAVIT OF SERVICE

State of Delaware }
County of New Castle } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of Delaware,

That on **03/10/2023** at **3:15 PM** at **251 Little Falls Drive, Wilmington, DE 19808**

deponent served **Summons in a Civil Action, Petition to Vacate Arbitration Award, Declaration of Barrett G. Flynn in Support of Petition to Vacate Arbitration Award, Expert Report of Professor Maya Steinitz in Support of Sysco Corporation's Petition to Vacate Arbitration Award, Petitioner's Memorandum of Law in Support of Petition to Vacate Arbitration Award, Declaration of Patrick C. Swiber in Support of Petition to Vacate Arbitration Award, Exhibit A, U.S. District Court for the Northern District of Illinois Attorney Appearance Form, Petitioner Sysco Corporation's FED.R. CIV.P.7.1. and Local Rule 3.2 Disclosure Statement, Petitioner Sysco Corporation's Motion for Leave to Temporarily File Under Seal and for Order to Show Cause Regarding Sealing, and Civil Cover Sheet**

on **Posen Investments LP**, a Delaware limited partnership, c/o Corporation Service Company, Registered Agent,

by delivering thereat a true copy of each to **Lynanne Gares** personally, authorized to accept service thereof.

Description of Person Served:
Gender : Female
Skin : White
Hair : Brown
Age : 51 - 65 Yrs.
Height : 5' 4" - 5' 8"
Weight :161-200 Lbs.

Sworn to before me this
13th day of March, 2023

NOTARY PUBLIC

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires on July 26, 2026

Gilbert Del Valle

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_(signature)_

(By) DEPUTY CLERK

March 10,  2023

DATE