# Exhibit I

**From:** Jonathan Molot <jmolot@burfordcapital.com>
**Sent:** Friday, September 2, 2022 12:57 PM
**To:** Kelly Daley; Christopher P. Bogart; Elizabeth O'Connell
**Subject:** Re: Sysco

Copying Chris. This is an emergency. We are going to have to sue them it seems. They are about to breach our contract. I'm calling you now.

Chris, let me know if you are free to speak.

Jonathan T. Molot
Chief Investment Officer
O: +1 212 235 6835
M: +1 202 486 6373
Burford Capital
www.burfordcapital.com

---

**From:** Kelly Daley <KDaley@burfordcapital.com>
**Sent:** Friday, September 2, 2022 12:44:36 PM
**To:** Jonathan Molot <jmolot@burfordcapital.com>
**Subject:** Sysco

Jon - I just got off the phone with Sysco. I think we are going to have a problem here. Barrett says he expects that he will be directed by management to accept the ▉ offer at ▉ We discussed the consent right and he basically said "we don't want to have a fight with you but we think this is a reasonable settlement and your failure to consent would be unreasonable." See the agreement language below.

> (v) shall provide immediate notice by email to the Capital Providers of any settlement offer made by the Adverse Party and shall not accept a settlement offer without the Capital Providers' prior written consent, which shall not be unreasonably withheld, provided however, that the Capital Providers (and their respective Affiliates) shall have no right to exercise control over the independent professional judgment of its Nominated Lawyers and shall not seek to impose a commercially unreasonable result with respect to settlement;

It sounds like Scott is maybe sending different messages to Barrett and me about whether this settlement is a good one and how it impacts the rest of their portfolio. We agreed to have a call with Scott together on Tuesday if you would like to join.

[redacted]

Highly Confidential

I have family commitments today and over the weekend. I'm in our New York office next week. Let me know when you want to talk and who we should involve.

Kelly

**Burford**

**Kelly Daley | Managing Director**

O: +1 312 778 6182
M: +1 202 210 0375

Burford Capital
www.burfordcapital.com

CLAIMANTS_0000107