## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SYSCO CORPORATION, | Case No. 1:23-cv-01451 |
| *Petitioner*, | |
| v. | Judge: Martha M. Pacold |
| GLAZ LLC, POSEN INVESTMENTS LP, and KENOSHA INVESTMENTS LP, | Magistrate Judge: Gabriel A. Fuentes |
| *Respondents*. | |

## RESPONDENTS' FIRST REQUEST FOR EXTENSION OF TIME

Pursuant to the Court's Order to Show Cause, ECF No. 11, Respondents Glaz LLC, Posen Investments LP, and Kenosha Investments LP ("Respondents"), respectfully request that the Court extend the deadline to respond to Petitioner Sysco Corporation's motion to file documents under seal. Respondents propose to extend the current deadline (March 28, 2023) by thirty days, to April 28, 2023. Sysco has informed Respondents that it opposes this motion.

On March 8, 2023, Sysco commenced this litigation, *see* ECF No. 1, by filing a petition to vacate a TRO entered by a New York-seated arbitration panel. With its petition, Sysco moved to file six documents under seal, including two documents that Respondents produced in the arbitration. As to those documents, Sysco informed the Court that "the arbitral tribunal has directed that they be filed under seal in this Court." ECF No. 7, ¶ 2. The Court then granted Sysco's motion to seal and ordered Respondents "to show cause to justify continued sealing of these documents by 3/28/2023, unless Defendants move for an extension." ECF No. 11.

Yet, on March 20, Sysco filed a so-called "Amended Petition to Vacate Arbitration Award," ECF No. 18, and unilaterally unsealed the documents that Respondents had produced in the arbitration, *see* ECF Nos. 19-1, 19-2 (Exhibits I and J). It did so because an employee for

Respondents' investment manager supposedly made "multiple public (mis)statements expressly about" the subject matter of Exhibit J. ECF No. 18, ¶ 35 n.10. As to Exhibit I, Sysco never addressed it specifically, but appears to have invoked supposed "public statements . . . that disclose certain information Sysco had initially sealed or redacted." *Id*. ¶ 24 n.4. Nowhere has Sysco explained why its displeasure with media coverage permitted it to violate this Court's sealing order. Nor has it identified any improper "public statements," in any event.

Per the Court's instructions, Respondents request a 30-day extension to respond to the Court's order to show cause. Last week, Respondents informed Sysco of its serious breach of this Court's sealing order and requested that Sysco re-file Exhibits I and J under seal, so that Respondents can offer redactions to protect confidential information. Sysco has not yet replied to Respondents' request. Respondents also plan to propose redactions to the remaining sealed documents. Those documents include the parties' Capital Provision Agreements ("CPAs"), which are complex documents that include several interrelated commercial terms subject to sealing. *See*, *e.g.*, *Strait v. Belcan Eng'g Grp., Inc.*, 2012 WL 2277903, at *1 (N.D. Ill. June 18, 2012) ("confidential research, development, or commercial information" can be filed under seal) (quoting Fed. R. Civ. P. 26(c)(1)(G)). Indeed, Sysco has filed documents with redactions that protect information derived from and reflected in the CPAs. *See* ECF No. 19-3.

In sum, Respondents respectfully request a 30-day extension to ensure that the remaining sealed documents are redacted so as to protect all parties' evident interest in protecting confidential information.

Dated:  March 27, 2023                     Respectfully submitted,


By:  */s/ Richard Prendergast*
Richard Prendergast
Michael Layden
CROKE FAIRCHILD DUARTE & BERES
191 N. Wacker Dr., 31st Floor
Chicago, IL 60606
(312) 641-0881 (Telephone)
rprendergast@crokefairchild.com
mlayden@crokefairchild.com

Derek T. Ho (*pro hac vice forthcoming*)
KELLOGG, HANSEN, TODD, FIGEL
   & FREDERICK, P.L.L.C.
1615 M Street NW, Suite 400
Washington, D.C.  20036
(202) 326-7900 (Telephone)
dho@kellogghansen.com

Elizabeth Snodgrass (*pro hac vice
   forthcoming)*
THREE CROWNS LLP
Washington Harbour
3000 K Street, N.W., Suite 101
Washington, D.C.  20007
(202) 540-9492 (Telephone)
liz.snodgrass@threecrownsllp.com

*Attorneys for Respondents Glaz LLC, Posen
Investments LP, and Kenosha Investments LP*

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2023, I caused a true and correct copy of the foregoing document to be filed electronically. Notice of the filing will be sent to all counsel of record by operation of the Court's electronic filing system.

Dated: March 27, 2023                                     By: */s/ Richard Prendergast*
                                                          *Attorney for Respondents*