IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Sysco Corporation | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 23 C 1451 |
| v. | ) | |
| | ) | Hon. Martha M. Pacold |
| Glaz LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

Derek T. Ho's motion for leave to appear pro hac vice on behalf of defendants Glaz LLC, Posen Investments LP, and Kenosha Investments LP [42] is granted.

Date: April 19, 2023                                   /s/ Martha M. Pacold