# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SYSCO CORPORATION,<br><br>*Petitioner*,<br><br>v.<br><br>GLAZ LLC, POSEN INVESTMENTS LP, and KENOSHA INVESTMENTS LP,<br><br>*Respondents*. | Case No. 1:23-cv-01451<br><br>Judge: LaShonda A. Hunt<br><br>Magistrate Judge: Gabriel A. Fuentes |

## STIPULATION OF DISMISSAL

Petitioner Sysco Corporation and Respondents Glaz LLC, Posen Investment LP, and Kenosha Investment LP hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party to bear its own attorney's fees and costs.

| | |
|---|---|
| Dated: June 28, 2023 | Respectfully submitted, |
| By: */s/ Jeffrey A. Rosenthal* | By: */s/ Richard Prendergast* |
| Jeffrey A. Rosenthal (admitted *pro hac vice*)<br>Lina Bensman (admitted *pro hac vice*)<br>CLEARY GOTTLIEB STEEN &<br>  HAMILTON LLP<br>One Liberty Plaza<br>New York, NY 10006<br>(212) 225-2000 (Telephone)<br>(212) 225-3999 (Facsimile)<br>jrosenthal@cgsh.com<br>lbensman@cgsh.com<br><br>Christopher P. Moore (admitted *pro hac vice*)<br>CLEARY GOTTLIEB STEEN &<br>  HAMILTON LLP<br>2 London Wall Place<br>London EC2Y 5AU<br>United Kingdom | Richard Prendergast<br>Michael Layden<br>CROKE FAIRCHILD DUARTE & BERES<br>191 N. Wacker Dr., 31st Floor<br>Chicago, IL 60606<br>(312) 641-0881 (Telephone)<br>rprendergast@crokefairchild.com<br>mlayden@crokefairchild.com<br><br>Derek T. Ho (admitted *pro hac vice*)<br>KELLOGG, HANSEN, TODD, FIGEL<br>  & FREDERICK, P.L.L.C.<br>1615 M Street NW, Suite 400<br>Washington, D.C. 20036<br>(202) 326-7900 (Telephone)<br>dho@kellogghansen.com |

+ 44 20 7614 2200 (Telephone)
cmoore@cgsh.com

William Weltman
REED SMITH LLP
10 S. Wacker Drive, Suite 4000
Chicago, Illinois 60606
(312) 207-1000

Jared S. Kosoglad (6286633)
JARED S. KOSOGLAD, PC
111 N. Wabash #3166
Chicago, IL 60602
(312) 513-6000
jared@jaredlaw.com

*Attorneys for Petitioner Sysco Corporation*

Elizabeth Snodgrass (*pro hac vice forthcoming*)
THREE CROWNS LLP
Washington Harbour
3000 K Street, N.W., Suite 101
Washington, D.C. 20007
(202) 540-9492 (Telephone)
liz.snodgrass@threecrownsllp.com

*Attorneys for Respondents Glaz LLC, Posen Investments LP, and Kenosha Investments LP*

## CERTIFICATE OF SERVICE

  I hereby certify that on June 28, 2023, I caused a true and correct copy of the foregoing document to be filed electronically. Notice of the filing will be sent to all counsel of record by operation of the Court's electronic filing system.

Dated: June 28, 2023             By: */s/ Richard Prendergast*
                      *Attorney for Respondents*